| STATE OF LOUISIANA | * | NO. 2019-KA-0606 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| C.A. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J., CONCURS IN PART AND DISSENTS IN PART WITH REASONS.**

I concur with the majority's finding that the criminal district court lacked jurisdiction over Defendant to try her for the offense of indecent behavior with a juvenile. However, I respectfully dissent from majority's finding that the criminal court lacked jurisdiction on the charges of aggravated rape. I find that Defendant was correctly tried in criminal court on the charge of aggravated rape in light of the Louisiana Supreme Court case of *State v. I.C.S.*, 13-1023, p. 8 (La. 7/1/14), 145 So.3d 350, 354 (where the Court endorsed the prosecution in criminal court of two defendants, ages 20 and 21, indicted on two counts of aggravated rape and one count of indecent behavior with a juvenile arising from conduct committed when they were 12 and 13 years old stating that "Art. 857(C)(2) applies to the defendants in this case, and that they, accordingly, 'shall be prosecuted as an adult in the appropriate court exercising criminal jurisdiction.' La. Child. Code art. 857 (C)(2)").